### (September 20, 1939.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of DANIEL ADELMAN, an Attorney.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of SANTINA PALO, Respondent, v. JOSEPH PALO, Appellant.— Appeal from an order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, dated April 6, 1939, directing appellant to pay eight dollars weekly, beginning April 8, 1939, for the support of the dependent named in the petition and the four youngest children, until further order of the court; and from a further order of said court dated the same day ordering and directing appellant, for a period of six months, to stay away from the home of his wife and children, to abstain from offensive conduct to his wife and children and to visit the children at a time and place designated by the probation officer assigned to the case. Orders affirmed. No opinion. Hagarty, Carswell, Adel and Taylor, JJ., concur; Lazansky, P. J., concurs for affirmance of order provid:ng for support of dependents but votes to modify the order of protection by striking out that part which directs appellant to " stay away from the home of the wife * * * at 327 2nd Street," which is the established home of the family, and, as so modified, to affirm, being of opinion that article VI, section 18, of the Constitution of the State of New York does not empower the Domestic Relations Court to separate man and wife.

BENJAMIN SAMILOW, Appellant, v. C. GRANT KECK, Respondent.— Action for a declaratory judgment. Plaintiff appeals from an order granting defendant's motion to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action. Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within ten days from the entry of the order hereon. On the pleaded facts, deemed admitted on the motion, the complaint states a cause of action for a declaratory judgment, and no adequate remedy at law is available to plaintiff. Lazansky, P. J., Adel and Taylor, JJ., concur; Hagarty and Johnston, JJ., dissent and vote to affirm on the ground that the plaintiff has an adequate remedy at law and there is no necessity for resorting to an action for a declaratory judgment.

### (September 29, 1939.)

ABRAM BABCOCK, Respondent, v. JOHN RYAN and MARGARET R. RYAN, Appellants.— Motion for leave to appeal to the Court of Appeals denied. To the extent of the policy coverage provided herein, pursuant to section 568-a of the Civil Practice Act, stay is granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.